UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| In re: | § | Case No. 2:10-bk-01845-DPC |
|---|---|---|
| | § | |
| DAVID WARREN FRITTER | § | |
| MARY RITA FRITTER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

 S. William Manera, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $108,348.90 | Assets Exempt: | $171,989.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,527.84 | Claims Discharged Without Payment: | $132,302.31 |
| Total Expenses of Administration: | $3,421.16 | | |

 3) Total gross receipts of $5,949.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,949.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $275,952.49 | $286,044.69 | $286,044.69 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,421.16 | $3,421.16 | $3,421.16 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $2,087.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $100,091.23 | $125,204.06 | $125,204.06 | $2,527.84 |
| **Total Disbursements** | $376,043.72 | $416,756.91 | $414,669.91 | $5,949.00 |

4). This case was originally filed under chapter 0 on 01/25/2010. The case was converted to one under Chapter 7 on 01/04/2011. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2013     By: /s/ S. William Manera
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| tax refunds 2010 | 1224-000 | $3,949.00 |
| Partnership Building in NY | 1249-000 | $2,000.00 |
| **TOTAL GROSS RECEIPTS** | | $5,949.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Green Tree Servicing LLC | 4110-000 | NA | $29,121.90 | $29,121.90 | $0.00 |
| 7 | Green Tree Servicing LLC | 4110-000 | $243,664.00 | $251,301.92 | $251,301.92 | $0.00 |
| 11 | HSBC Bank Nevada, N.A. | 4210-000 | NA | $1,848.61 | $1,848.61 | $0.00 |
| 15 | WELLS FARGO DEALER SERVICES | 4210-000 | NA | $3,772.26 | $3,772.26 | $0.00 |
| | GREEN TREE SERVICING LLC | 4110-000 | $28,268.49 | NA | $0.00 | $0.00 |
| | PROVINCES MASTER COMMUNITY | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | WACHOVIA | 4110-000 | $4,020.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $275,952.49 | $286,044.69 | $286,044.69 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| S. William Manera, Trustee | 2100-000 | NA | $1,344.90 | $1,344.90 | $1,344.90 |
| S. William Manera, Trustee | 2200-000 | NA | $41.50 | $41.50 | $41.50 |
| Integrity Bank | 2600-000 | NA | $61.76 | $61.76 | $61.76 |
| Lane & Nach, P.C., Attorney for Trustee | 3210-000 | NA | $1,963.00 | $1,963.00 | $1,963.00 |
| Lane & Nach, P.C., | 3220-000 | NA | $10.00 | $10.00 | $10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,421.16 | $3,421.16 | $3,421.16 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | ARIZONA DEPARTMENT OF REVENUE | 5800-000 | $0.00 | $2,087.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,087.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | $12,670.00 | $12,670.75 | $12,670.75 | $255.81 |
| 2 | Midland Credit Management, Inc. | 7100-000 | NA | $2,993.74 | $2,993.74 | $60.44 |
| 3 | TARGET NATIONAL BANK | 7100-000 | $5,180.00 | $5,180.17 | $5,180.17 | $104.59 |
| 5 | Palisades Collections, LLC | 7100-000 | $5,235.00 | $5,235.99 | $5,235.99 | $105.71 |
| 8 | LVNV Funding LLC | 7100-000 | $25,241.00 | $25,241.10 | $25,241.10 | $509.61 |
| 9 | Chase Bank USA,N.A. | 7100-000 | $3,052.00 | $3,584.04 | $3,584.04 | $72.36 |
| 10 | Capital One Bank (USA), N.A. | 7100-000 | $5,062.00 | $6,029.48 | $6,029.48 | $121.73 |
| 11a | HSBC Bank Nevada, N.A. | 7100-000 | $3,923.00 | $2,074.10 | $2,074.10 | $41.88 |
| 12 | American Express Centurion Bank | 7100-000 | $19,050.00 | $19,050.56 | $19,050.56 | $384.63 |
| 13 | American Infosource Lp As Agent for | 7100-000 | NA | $1,535.45 | $1,535.45 | $31.00 |
| 14 | U.S. Bank N.A. | 7100-000 | $945.00 | $964.73 | $964.73 | $19.48 |
| 16 | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Chase Bank USA NA | 7100-000 | $7,888.49 | $8,651.26 | $8,651.26 | $174.67 |
| 18 | Recovery | 7100-000 | $1,943.00 | $2,170.24 | $2,170.24 | $43.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Management Systems Corporation | | | | | |
| 19 | Green Tree Servicing LLC | 7100-000 | NA | $29,546.80 | $29,546.80 | $596.54 |
| 20 | CITY OF CHANDLER - UTILITY BILL | 7100-000 | $275.65 | $275.65 | $275.65 | $5.57 |
| | ARIZONA CHILDREN'S | 7100-000 | $81.92 | NA | NA | $0.00 |
| | BANNER DESERT MEDICAL CENTER | 7100-000 | $502.37 | NA | NA | $0.00 |
| | FASHION BUG/SOANB | 7100-000 | $1,353.00 | NA | NA | $0.00 |
| | GEMB/SAM'S CLUB | 7100-000 | $2,768.65 | NA | NA | $0.00 |
| | HOSPITALIST'S PORTION OF CARE | 7100-000 | $44.35 | NA | NA | $0.00 |
| | JILL A COHEN MD | 7100-000 | $155.00 | NA | NA | $0.00 |
| | NEUROLOGICAL PHYSICIANS OF | 7100-000 | $65.38 | NA | NA | $0.00 |
| | PATHOLOGY SPECIALISTS OF AZ | 7100-000 | $126.58 | NA | NA | $0.00 |
| | SCOTTSDALE CARDIOVASCULAR | 7100-000 | $45.10 | NA | NA | $0.00 |
| | SCOTTSDALE EMERGENCY | 7100-000 | $77.40 | NA | NA | $0.00 |
| | SKIN AND CANCER CENTER OF | 7100-000 | $50.00 | NA | NA | $0.00 |
| | SONORA QUEST LABORATORIES | 7100-000 | $466.46 | NA | NA | $0.00 |
| | SOUTHWEST DIAGNOSTIC IMAGING | 7100-000 | $49.98 | NA | NA | $0.00 |
| | THD/CBSD | 7100-000 | $3,692.00 | NA | NA | $0.00 |
| | VALLEY ANESTHESIOLOGY | 7100-000 | $147.90 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $100,091.23 | $125,204.06 | $125,204.06 | $2,527.84 |

| Case No.: | 10-01845-PHX DPC | Trustee Name: | S. William Manera |
|---|---|---|---|
| Case Name: | FRITTER, DAVID WARREN AND FRITTER, MARY RITA | Date Filed (f) or Converted (c): | 01/04/2011 (c) |
| For the Period Ending: | 2/15/2013 | §341(a) Meeting Date: | 02/10/2011 |
| | | Claims Bar Date: | 05/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Partnership Building in NY (u) | $0.00 | $2,000.00 | | $2,000.00 | FA |
| | **Asset Notes:** Settled 9019 | | | | | |
| 2 | tax refunds 2010 (u) | $0.00 | $3,949.00 | | $3,949.00 | FA |
| | **Asset Notes:** 3949 | | | | | |
| 3 | wages (u) | $0.00 | $464.15 | | $0.00 | FA |
| 4 | Residence | $159,000.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** 682 East Kent Ave Chandler AZ | | | | | |
| 5 | US Bank Checking | $18.93 | $0.00 | | $0.00 | FA |
| 6 | US Bank Savings | $6.00 | $0.00 | | $0.00 | FA |
| 7 | Security Deposit With Landlord | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Household Goods and Appliances | $1,500.00 | $0.00 | | $0.00 | FA |
| 9 | Computer/Printer | $150.00 | $150.00 | | $0.00 | FA |
| 10 | Books,CDs, DVDs | $100.00 | $0.00 | | $0.00 | FA |
| 11 | Clothing | $800.00 | $0.00 | | $0.00 | FA |
| 12 | Watches | $100.00 | $0.00 | | $0.00 | FA |
| 13 | Wedding Rings | $100.00 | $0.00 | | $0.00 | FA |
| 14 | Costume Jewelry | $50.00 | $50.00 | | $0.00 | FA |
| 15 | Term Life Ins. Welton Rel | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Term Life Insurance AARP | $0.00 | $0.00 | | $0.00 | FA |
| 17 | 401k Somerville Acquisition Co. | $24,610.00 | $24,610.00 | | $0.00 | FA |
| 18 | 2001 Chrysler PT Cruiser | $4,355.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** 70000 Miles | | | | | |
| 19 | 2000 Nissan Xterra | $4,105.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** 100000 Miles | | | | | |
| 20 | 1982 Aluma Craft 14S Boat | $300.00 | $300.00 | | $0.00 | FA |
| | **Asset Notes:** Settled with Asset #1 & 2 | | | | | |
| 21 | 1981 Easy Loader Trailer | $200.00 | $200.00 | | $0.00 | FA |
| | **Asset Notes:** Settle Asset #1 & 2 | | | | | |
| 22 | 10% Interest 5 Houses Port Gervais, NY | $74,138.90 | $74,138.90 | | $0.00 | FA |
| 23 | Winchester Model 7400 | $50.00 | $50.00 | | $0.00 | FA |

| **Case No.:** | 10-01845-PHX DPC | | | **Trustee Name:** | S. William Manera |
| **Case Name:** | FRITTER, DAVID WARREN AND FRITTER, MARY RITA | | | **Date Filed (f) or Converted (c):** | 01/04/2011 (c) |
| **For the Period Ending:** | 2/15/2013 | | | **§341(a) Meeting Date:** | 02/10/2011 |
| | | | | **Claims Bar Date:** | 05/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Asset Notes:** Amended Sch.

| **Ref. #** | | | | | | |
|---|---|---|---|---|---|---|
| 24 | 45 Caliber XD 40 | $350.00 | $350.00 | | $0.00 | FA |

**Asset Notes:** Amend SCH

| 25 | VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**       $270,033.83    $106,262.05        $5,949.00    **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

Fritter 10-01845 possible tax refund, wages, 10% ownership in family partnership ownes building in NY no debt--referred to Adam

cio letter sent

docs uploaded

2004 exam set for 5-6-11

Adam made demand for tax returns.

Recd 2010 F Tax Refund 3949.

2004 exam pending--working on NY proerty

have tax refund owe debtor, Stuart is working on settlement of trailer & truck---hold

L&N Letter to Ronald Hoffbauer Re: Turnover of 2010 TReturns personal & business, Non-exempt boat & trailer, beneficial interest in NY partnership/trust.

QR---offer of 2000+ tax refund 3900 to settle turnover issues--accepted- Stuart to file 9019

Application 9019: $5647.16

Report of sale.

ready for TFr, notice Adam fees w/TFR; no tax due debtor

TFR Submitted

additional dividend sent to Lori

**Initial Projected Date Of Final Report (TFR):** 12/31/2011    **Current Projected Date Of Final Report (TFR):** 12/31/2012    /s/ S. WILLIAM MANERA

S. WILLIAM MANERA

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-01845-PHX DPC | Trustee Name: | S. William Manera |
|---|---|---|---|
| Case Name: | FRITTER, DAVID WARREN AND FRITTER, MARY RITA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******9702 | Checking Acct #: | ******1845 |
| Co-Debtor Taxpayer ID #: | ******9703 | Account Title: | |
| For Period Beginning: | 1/4/2011 | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 2/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/17/2011 | (2) | United States Treasury | 2010 Federal Tax Refund | 1224-000 | $3,949.00 | | $3,949.00 |
| 08/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.87 | $3,946.13 |
| 09/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.16 | $3,939.97 |
| 10/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.35 | $3,933.62 |
| 11/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.14 | $3,927.48 |
| 12/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.33 | $3,921.15 |
| 01/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.32 | $3,914.83 |
| 02/29/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.90 | $3,908.93 |
| 03/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.30 | $3,902.63 |
| 04/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.09 | $3,896.54 |
| 05/01/2012 | (1) | David Fritter | Payment | 1249-000 | $500.00 | | $4,396.54 |
| 05/01/2012 | (1) | David Fritter | Payment | 1249-000 | $500.00 | | $4,896.54 |
| 05/01/2012 | (1) | David Fritter | Payment | 1249-000 | $500.00 | | $5,396.54 |
| 05/01/2012 | (1) | David Fritter | Payment | 1249-000 | $500.00 | | $5,896.54 |
| 05/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.30 | $5,887.24 |
| 06/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.19 | $5,878.05 |
| 07/03/2012 | | Integrity Bank | Reverse Bank Service Fee | 2600-000 | | ($9.19) | $5,887.24 |
| 10/08/2012 | 5001 | S. William Manera | Trustee Compensation | 2100-000 | | $1,344.90 | $4,542.34 |
| 10/08/2012 | 5002 | S. William Manera | Trustee Expenses | 2200-000 | | $41.50 | $4,500.84 |
| 10/08/2012 | 5003 | Lane & Nach, P.C. | Dividend: 33.34; Amount Claimed: 1,963.00; | 3210-000 | | $1,963.00 | $2,537.84 |
| 10/08/2012 | 5004 | Lane & Nach, P.C. | Dividend: 0.16; Amount Claimed: 10.00; | 3220-000 | | $10.00 | $2,527.84 |
| 10/08/2012 | 5005 | ARIZONA DEPARTMENT OF REVENUE | Claim #: 4; Dividend: 35.44; Amount Claimed: 2,087.00; | 5800-000 | | $2,087.00 | $440.84 |
| 10/08/2012 | 5006 | Wells Fargo Bank, N.A. | Claim #: 1; Dividend: 0.75; Amount Claimed: 12,670.75; | 7100-000 | | $44.61 | $396.23 |
| 10/08/2012 | 5007 | Midland Credit Management, Inc. | Claim #: 2; Dividend: 0.17; Amount Claimed: 2,993.74; | 7100-000 | | $10.54 | $385.69 |
| 10/08/2012 | 5008 | TARGET NATIONAL BANK | Claim #: 3; Dividend: 0.30; Amount Claimed: 5,180.17; | 7100-000 | | $18.24 | $367.45 |
| 10/08/2012 | 5009 | Palisades Collections, LLC | Claim #: 5; Dividend: 0.31; Amount Claimed: 5,235.99; | 7100-000 | | $18.44 | $349.01 |
| | | | | SUBTOTALS | $5,949.00 | $5,599.99 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 10-01845-PHX DPC | | **Trustee Name:** | S. William Manera |
| **Case Name:** | FRITTER, DAVID WARREN AND FRITTER, MARY RITA | | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | ******9702 | | **Checking Acct #:** | ******1845 |
| **Co-Debtor Taxpayer ID #:** | ******9703 | | **Account Title:** | |
| **For Period Beginning:** | 1/4/2011 | | **Blanket bond (per case limit):** | $72,661,955.00 |
| **For Period Ending:** | 2/15/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/08/2012 | 5010 | LVNV Funding LLC | Claim #: 8; Dividend: 1.50; Amount Claimed: 25,241.10; | 7100-000 | | $88.87 | $260.14 |
| 10/08/2012 | 5011 | Chase Bank USA,N.A. | Claim #: 9; Dividend: 0.21; Amount Claimed: 3,584.04; | 7100-000 | | $12.62 | $247.52 |
| 10/08/2012 | 5012 | Capital One Bank (USA), N.A. | Claim #: 10; Dividend: 0.36; Amount Claimed: 6,029.48; | 7100-000 | | $21.23 | $226.29 |
| 10/08/2012 | 5013 | HSBC Bank Nevada, N.A. | Claim #: 11; Dividend: 0.12; Amount Claimed: 2,074.10; | 7100-000 | | $7.30 | $218.99 |
| 10/08/2012 | 5014 | American Express Centurion Bank | Claim #: 12; Dividend: 1.13; Amount Claimed: 19,050.56; | 7100-000 | | $67.08 | $151.91 |
| 10/08/2012 | 5015 | American Infosource Lp As Agent for | Claim #: 13; Dividend: 0.09; Amount Claimed: 1,535.45; | 7100-000 | | $5.41 | $146.50 |
| 10/08/2012 | 5016 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.37 | $142.13 |
| | | | Claim Amount                    $(3.40) | 7100-000 | | | $142.13 |
| | | | Claim Amount                    $(0.97) | 7100-000 | | | $142.13 |
| 10/08/2012 | 5017 | Chase Bank USA NA | Claim #: 17; Dividend: 0.51; Amount Claimed: 8,651.26; | 7100-000 | | $30.46 | $111.67 |
| 10/08/2012 | 5018 | Recovery Management Systems Corporation | Claim #: 18; Dividend: 0.12; Amount Claimed: 2,170.24; | 7100-000 | | $7.64 | $104.03 |
| 10/08/2012 | 5019 | Green Tree Servicing LLC | Claim #: 19; Dividend: 1.76; Amount Claimed: 29,546.80; | 7100-000 | | $104.03 | $0.00 |
| 11/08/2012 | 5005 | STOP PAYMENT: ARIZONA DEPARTMENT OF REVENUE | Stop Payment for Check# 5005 | 5800-004 | | ($2,087.00) | $2,087.00 |
| 12/11/2012 | 5020 | Wells Fargo Bank, N.A. | | 7100-000 | | $211.20 | $1,875.80 |
| 12/11/2012 | 5021 | Midland Credit Management, Inc. | | 7100-000 | | $49.90 | $1,825.90 |
| 12/11/2012 | 5022 | TARGET NATIONAL BANK | | 7100-000 | | $86.35 | $1,739.55 |
| 12/11/2012 | 5023 | Palisades Collections, LLC | | 7100-000 | | $87.27 | $1,652.28 |
| 12/11/2012 | 5024 | LVNV Funding LLC | | 7100-000 | | $420.74 | $1,231.54 |
| 12/11/2012 | 5025 | Chase Bank USA,N.A. | | 7100-000 | | $59.74 | $1,171.80 |
| 12/11/2012 | 5026 | Capital One Bank (USA), N.A. | | 7100-000 | | $100.50 | $1,071.30 |
| | | | | **SUBTOTALS** | $0.00 | ($722.29) | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-01845-PHX DPC | Trustee Name: | S. William Manera |
|---|---|---|---|
| Case Name: | FRITTER, DAVID WARREN AND FRITTER, MARY RITA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******9702 | Checking Acct #: | ******1845 |
| Co-Debtor Taxpayer ID #: | ******9703 | Account Title: | |
| For Period Beginning: | 1/4/2011 | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 2/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2012 | 5027 | HSBC Bank Nevada, N.A. | | 7100-000 | | $34.58 | $1,036.72 |
| 12/11/2012 | 5028 | American Express Centurion Bank | | 7100-000 | | $317.55 | $719.17 |
| 12/11/2012 | 5029 | American Infosource Lp As Agent for | | 7100-000 | | $25.59 | $693.58 |
| 12/11/2012 | 5030 | U.S. Bank N.A. | | 7100-000 | | $16.08 | $677.50 |
| 12/11/2012 | 5031 | Chase Bank USA NA | | 7100-000 | | $144.21 | $533.29 |
| 12/11/2012 | 5032 | Recovery Management Systems Corporation | | 7100-000 | | $36.18 | $497.11 |
| 12/11/2012 | 5033 | Green Tree Servicing LLC | | 7100-000 | | $492.51 | $4.60 |
| 12/11/2012 | 5034 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.60 | $0.00 |
| | | | Claim Amount $(4.60) | 7100-000 | | | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | | $5,949.00 | $5,949.00 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $5,949.00 | $5,949.00 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $5,949.00 | $5,949.00 | |

| For the period of 1/4/2011 to 2/15/2013 | | For the entire history of the account between 08/17/2011 to 2/15/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,949.00 | Total Compensable Receipts: | $5,949.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,949.00 | Total Comp/Non Comp Receipts: | $5,949.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,949.00 | Total Compensable Disbursements: | $5,949.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,949.00 | Total Comp/Non Comp Disbursements: | $5,949.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 10-01845-PHX DPC |
| Case Name: | FRITTER, DAVID WARREN AND FRITTER, MARY RITA |
| Primary Taxpayer ID #: | ******9702 |
| Co-Debtor Taxpayer ID #: | ******9703 |
| For Period Beginning: | 1/4/2011 |
| For Period Ending: | 2/15/2013 |

| | |
|---|---|
| Trustee Name: | S. William Manera |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******1845 |
| Account Title: | |
| Blanket bond (per case limit): | $72,661,955.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,949.00 | $5,949.00 | $0.00 |

**For the period of 1/4/2011 to 2/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,949.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,949.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,949.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,949.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/04/2011 to 2/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,949.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,949.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,949.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,949.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Case 2:10-bk-01845-DPC   Doc 90   Filed 02/26/13   Entered 02/26/13 16:20:05   Desc
Main Document    Page 11 of 11